**SCHIFF HARDIN** LLP

666 FIFTH AVENUE, 17TH FLOOR
NEW YORK, NEW YORK   10103
*t* 212.753.5000
*f* 212.753.5044
www.schiffhardin.com

Marc L. Silverman
212-745-0872
msilverman@schiffhardin.com

October 22, 2012

**FIRST CLASS MAIL AND FAX**

Magistrate Judge Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Fax: 718-613-2345

> Re:    12 civ 1415 (DLI)
>        Jose Saldivar v. Cafe 15 Inc. et al.

Dear Judge Levy:

The undersigned has just been retained by Defendant Joseph Mangi in connection with the above civil action. I filed a Notice of Appearance electronically this morning and an Answer to the Amended Complaint this afternoon.

I note that the docket sheet indicates that a conference is scheduled for October 30, 2012. I respectfully request an adjournment of that conference for the following reasons. First, I will be out of the country from October 24th through November 4, 2012 and unavailable to attend the conference even by telephone. Second, I will need time to meet the requirements of Rule 26 including preparation of initial disclosures and obtaining initial disclosures from Plaintiff's counsel. I estimate that I will need an additional 30 days before the conference in rescheduled. I have not previously requested an adjournment in connection with this case and I am unaware of any previous adjournments by Plaintiffs' or Defendants' counsel. I spoke to Plaintiff's counsel's office regarding the proposed adjournment and Plaintiff has no objection to rescheduling the conference. I was unable to reach defense counsel for Mr. Jehanno.

Thank you in advance for your consideration.

Very truly yours,

Marc L. Silverman

NY\51243913.1