

# LAW OFFICES OF
# WILLIAM CAFARO

www.cafaroverdicts.com

*William Cafaro, Esq.*
ADMITTED IN NY, CA, MD & TX

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583-7401
Email: bcafaro@cafaroesq.com

February 1, 2013

**VIA ECF**
Dora Lizette Irizarry, U.S.D.J
United States District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Jose Saldivar et ano. vs. Café 15, Inc. d/b/a Le Petite Bistro, et al.
Index No.: 12-CIV-1415 (IJL) (RML)

Your Honor:

Please accept this letter as a request for an enlargement of Plaintiffs' time to respond to the motion to dismiss filed by the *pro se* defendant Ronald Feldman. Before addressing the issues of a pre-motion conference or compliance with the requirements of Local Rule 56.1, is respectfully submitted that it would be in the best interests of judicial economy, as well as in the best interest of the parties, to hold this motion in abeyance until after the settlement conference in this matter, which is scheduled before Magistrate Judge Levy on February 7, 2013. No prior application has been made for the relief requested herein. Due to the fact that this Defendant is proceeding *pro se,* I have not requested his position with request to this adjustment before making this application.

Respectfully submitted,
Law Offices of William Cafaro

By: William Cafaro (WC 2730)
Attorneys for Plaintiffs

cc: Marc L. Silverman, Esq.
    Declan P. Redfern, Esq.
    Ron Feldman