

# LAW OFFICES OF
# WILLIAM CAFARO

www.cafaroverdicts.com

*William Cafaro, Esq.*
ADMITTED IN NY, CA, MD & TX

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583-7401
Email: bcafaro@cafaroesq.com

April 24, 2013

By Ordinary Mail and e-mail to being1@gmail.com
Ron Feldman
51 7th Avenue South
New York, NY 10014

Re: Jose Saldivar vs. Café 15, Inc. d/b/a Le Petite Bistro, et al.
Index No. 12-cv-1415

Dear Mr. Feldman:

Enclosed please find a copy of Order of Dismissal for Lack of Subject Matter Jurisdiction in connection with the above mentioned matter.

Thank you for your time and attention.

Very truly yours,
LAW OFFICES OF WILLIAM CAFARO

Odaris Palacios
Legal Assistant

/od
Enclosures

**Odaris Palacios**

| | |
|---|---|
| From: | ecf_bounces@nyed.uscourts.gov |
| Sent: | Tuesday, April 23, 2013 6:41 PM |
| To: | nobody@nyed.uscourts.gov |
| Subject: | Activity in Case 1:12-cv-01415-DLI-RML Saldivar v. Cafe 15, Inc. et al Order |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 4/23/2013 at 6:41 PM EDT and filed on 4/23/2013
**Case Name:** Saldivar v. Cafe 15, Inc. et al
**Case Number:** 1:12-cv-01415-DLI-RML
**Filer:**
**Document Number:** No document attached

**Docket Text:**
ORDER OF DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION re [29] Letter filed by Adolfo Solis, Jose Saldivar -- Plaintiffs agree with defendants that this Court lacks subject matter jurisdiction over plaintiffs' claims because the Fair Labor Standards Act ("FLSA") does not apply to this case. Because the Court lacks subject matter jurisdiction, it lacks the authority to act on any of the parties' requests. Accordingly, the case is DISMISSED without prejudice to plaintiffs ability to litigate any viable claims in the appropriate forum. Plaintiff is directed to serve a copy of this Electronic Order on *pro se* defendant Ron Feldman within five days of the date of this Order and immediately thereafter file proof of such service with the Court via ECF. The Clerk of the Court is directed to close this case. SO ORDERED. Ordered by Judge Dora Lizette Irizarry on 4/23/2013. (Irizarry, Dora)

**1:12-cv-01415-DLI-RML Notice has been electronically mailed to:**

Marc L. Silverman   msilverman@schiffhardin.com, sodavis@schiffhardin.com

Declan P. Redfern   dredfern@515law.com, assistant@515law.com

William Cafaro   bcafaro@cafaroesq.com, nduran@cafaroesq.com, opalacios@cafaroesq.com

**1:12-cv-01415-DLI-RML Notice will not be electronically mailed to:**

Ron Feldman
51 7th Avenue. So.
New York, NY 10014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   Index No. 12-cv-1415 (DLI)

JOSE SALDIVAR

                Plaintiff,

      -against-                         AFFIDAVIT OF SERVICE

CAFÉ 15, INC., ET AL

                Defendants
-----------------------------------------------------------X

STATE OF NEW YORK
COUNTY OF NEW YORK

      Odaris Palacios, being duly sworn, says:

      I am not a party to the action; I reside in Queens, NY and I am over 18 years of age.

      On April 24, 2013, I served the within **Order of Dismissal for Lack of Subject Matter Jurisdiction,** via email and by depositing true copies thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following at the last known addresses set forth below:

being1@gmail.com
Ron Feldman
51 7th Avenue South
New York, NY 10014

Sworn to before me
on April 24, 2013

_____
NOTARY PUBLIC

                                       *Odaris Palacios*
                                       Odaris Palacios

WILLIAM CAFARO
Notary Public, State of New York
No. 31-4869936
Qualified in New York County
Commission Expires Jan. 22, 2014